It is ORDERED that the petition for certification is denied, with costs.

158 A.3d 584

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. EDWIN ESTRADA, DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002078–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 585

DEBORAH LEWIS, APPELLANT–PETITIONER, v. BOARD OF REVIEW, DEPARTMENT OF LABOR, AND BONTON, RESPONDENTS–RESPONDENTS.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005615–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 585

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. AUEIRIO VAZQUEZ–RODRIGUEZ,
DEFENDANT–PETITIONER.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004411–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

158 A.3d 585

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER, v. TORMU E. PRALL (A/K/A JUDDS EMMANUEL, BUTLER JAMES AND PRALL MANUEL), DEFENDANT–RESPONDENT.

January 20, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–006048–12 having been submitted to this Court, and the Court having considered the same;